262 So.2d 764

**In re Woodrow NETTLES**

**v.**

**Ethel Mae NETTLES.**

**Ex parte Woodrow Nettles.**

**1 Div. 721.**

Supreme Court of Alabama.

May 25, 1972.

Howell, Johnston, Langford & Finkbohner, Mobile, for petitioner.

No brief for respondent.

PER CURIAM:

Petition of Woodrow Nettles for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Nettles v. Netties, 47 Ala.App. 448, 256 So.2d 189.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD, BLOODWORTH and MADDOX, JJ., concur.

264 So.2d 190

**In re John W. NEWBERN, etc., et al.**

**v.**

**STATE of Alabama.**

**Ex parte John W. NEWBERN, d/b/a Nationwide Advertising Specialty Co., et al.**

**3 Div. 508.**

Supreme Court of Alabama.

May 18, 1972.

M. R. Nachman, Jr., Montgomery, for petitioner.

William J. Baxley, Atty. Gen., and B. Frank Loeb Asst. Counsel, Dept. of Revenue and Asst. Atty. Gen., for the State.

PER CURIAM.

Petition of John W. Newbern, reviewed in the name of Pat Newbern, a/k/a Clyde Lucille "Pat" Storey Newbern, as independent executrix of the Estate of John W. Newbern, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Newbern et al. v. State of Alabama, 48 Ala. App. 265, 264 So.2d 189.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH, MADDOX and Mc-CALL, JJ., concur.